Maria V. ALTMANN, an individual,
Plaintiff—Appellee,

v.

REPUBLIC OF AUSTRIA, a foreign state; Austria Gallery, an agency of the Republic of Austria, Defendants—Appellants.

Nos. 01–56003, 01–56398.

United States Court of Appeals,
Ninth Circuit.

July 28, 2004.

E. Randol Schoenberg, Burris & Schoenberg, LLP, Los Angeles, CA, for Plaintiff–Appellee.

Scott P. Cooper, Proskauer Rose LLP, Los Angeles, CA, for Defendants–Appellants.

Michael J. Bostrom, Morrison & Foerster LLP, Los Angeles, CA, Douglas Hallward–Driemeier, Department of Justice, Washington, DC, for Amicus.

Before: WARDLAW, W. FLETCHER, Circuit Judges, and WHYTE, District Judge.

### ORDER

We hereby recall our July 13, 2004 mandate. We deny Appellants' Motion for Leave to Submit Supplemental Briefing on Remand from the Supreme Court and remand this case to the district court for further proceedings consistent with the decision of the United States Supreme Court in *Republic of Austria v. Altmann*, —— U.S. ——, 124 S.Ct. 2240, 159 L.Ed.2d 1 (2004).

**IT IS SO ORDERED.**

UNITED STATES of America,
Plaintiff–Appellant,

v.

Manuel FLORES–MONTANO,
Defendant–Appellee.

No. 02–50306.

United States Court of Appeals,
Ninth Circuit.

Aug. 4, 2004.

Carol C. Lam, United States Attorney, Patrick K. O'Toole, Assistant U.S. Attorney, United States Attorney's Office, San Diego, California, for Plaintiff–Appellant.

John C. Lemon, FPD, FDCA—Federal Defender's of San Diego, Inc., San Diego, California, for Defendant–Appellee.

Before CANBY, O'SCANNLAIN and T.G. NELSON, Circuit Judges.

### ORDER

The judgment of the district court is reversed and the case is remanded to the district court for further proceedings consistent with the decision of the United States Supreme Court in *United States v. Flores–Montano*, —— U.S. ——, 124 S.Ct. 1582, 158 L.Ed.2d 311 (2004).